UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

UNITED STATES OF AMERICA, *ex. rel.*
ELIZABETH KELTNER

Civil Action File No. 11-cv-0892

STATE OF WISCONSIN, ex. rel.
ELIZABETH KELTNER

Plaintiffs,

v.

LAKESHORE MEDICAL CLINIC, LTD.

Defendant.

---

### STIPULATION TO DISMISS RELATOR'S CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Relator Elizabeth Keltner and Defendant Lakeshore Medical Clinic, Ltd., through their respective counsel of record and pursuant to Federal Rule of Civil Procedure 41(a)(1), that the above-captioned action shall be dismissed with prejudice, including all claims that were or could have been brought in this action, without payment, costs, disbursements, attorneys' fees, or any other consideration to either party. The United States and the State of Wisconsin have informed the parties that they consent to the voluntary dismissal. The United States will be filing a separate document expressing its consent.

IT IS FURTHER STIPULATED that, upon consent of the United States and the Court, an Order and Judgment of Dismissal may be entered herein pursuant to 31 U.S.C. § 3730(b)(1).

Dated: September 24, 2013

*[signature]*

**CROSS LAW FIRM, S.C.**
Nola J. Hitchcock Cross (# 1015817)
Mary C. Flanner (#1013095)
845 North 11th Street
Milwaukee, WI 43233
Telephone: (414) 224-0000
Facsimile: (414) 273-7055

**ATTORNEYS FOR PLAINTIFF RELATOR ELIZABETH KELTNER**

Dated: September 25, 2013

*[signature]*

**FREDRIKSON & BYRON, P.A.**

John Lundquist (WI #1063153)
jlundquist@fredlaw.com
Lousene Hoppe (MN #0387171)
(Admitted *pro hac vice*)
lhoppe@fredlaw.com
Kevin Riach (MN #0389277)
(Admitted *pro hac vice*)
kriach@fredlaw.com
200 South Sixth Street, Suite 4000
Minneapolis, MN 55402-1425
Telephone: (612) 492-7000
Facsimile: (612) 492-7077

**ATTORNEYS FOR LAKESHORE MEDICAL CLINIC, LTD.**

7392011/1