UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA, *ex. rel.*
ELIZABETH KELTNER,
STATE OF WISCONSIN, *ex. rel.*
ELIZABETH KELTNER,

      Plaintiffs,                                Civil Action No. 11-C-892

v.

LAKESHORE MEDICAL CLINIC, LTD., and
AURORA HEALTH CARE, INC.

      Defendants.

## UNITED STATES' CONSENT TO DISMISSAL

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby consents to the dismissal of the above-caption matter with prejudice to the plaintiff and without prejudice to the United States and the State of Wisconsin.

Dated this 27th day of September, 2013.

                                                  JAMES L. SANTELLE
                                                  United States Attorney

                                By:    /s Stacy C. Gerber Ward

                                                  STACY C. GERBER WARD
                                                  Assistant United States Attorney
                                                  Eastern District of Wisconsin
                                                  517 E. Wisconsin Ave.
                                                  Milwaukee, WI 53202
                                                  State Bar No. 1022067
                                                  (414) 297-1700
                                                  Facsimile: (414) 297-4394